UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, a Wisconsin corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALAN RUSHING and MICHELLE RUSHING; husband and wife and the marital community composed thereof,<br><br>                    Defendants. | NO:  2:16-CV-3104-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion and Agreed Order of Dismissal With Prejudice (ECF No. 16).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of the above-captioned matter, with prejudice and the parties to each bear their own costs and fees.

//

//

ORDER OF DISMISSAL ~ 1

1    **ACCORDINGLY, IT IS HEREBY ORDERED**:

2    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, the

3    above-captioned matter is **DISMISSED** with prejudice and the parties shall each

4    bear their own costs and fees.

5    The District Court Executive is hereby directed to enter this Order, furnish

6    copies to counsel, and **CLOSE** the file.

7    **DATED** March 22, 2017.

8



9                                THOMAS O. RICE

10                        Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL ~ 2